1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In re VERISIGN, INC. SECURITIES LITIGATION | ) ) ) | Master File No. C-02-2270-JW(PVT) |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |
| ALL ACTIONS. | ) ) ) ) | DATE:        March 12, 2007 TIME:         9:00 a.m. COURTROOM:   The Honorable James Ware |

1        This matter came before the Court for hearing pursuant to the Order of this Court, dated

2  December 18, 2006, on the application of the parties for approval of the Settlement set forth in the

3  Stipulation of Settlement and Release dated as of December 12, 2006 (the "Stipulation").  Due and

4  adequate notice having been given to the Class and VeriSign shareholders as required in said Order,

5  and the Court having considered all papers filed and proceedings had herein and otherwise being

6  fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED,

7  ADJUDGED AND DECREED that:

8        1.     This Judgment incorporates by reference the definitions in the Stipulation, and all

9  terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set

10  forth herein.

11        2.     This Court has jurisdiction over the subject matter of the Federal Litigation and over

12  all parties to the Litigations, including all Members of the Class.

13        3.     Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the

14  Settlement set forth in the Stipulation and finds that said Settlement is, in all respects, fair, just,

15  reasonable and adequate to the Class, VeriSign shareholders and Defendants.

16        4.     Except as to any individual claim of those Persons (identified in Exhibit 1 hereto)

17  who have validly and timely requested exclusion from the Class, the Federal Litigation and all

18  claims contained therein, as well as all of the Released Class Claims, are dismissed with prejudice as

19  to the Lead Plaintiffs and the other Members of the Class, as against VeriSign and each of the

20  Individual Class Defendants and their Related Parties, including their insurance carriers.  The

21  Settling Parties are to bear their own costs, except as otherwise provided in the Stipulation.

22        5.     The Court has reviewed and considered the objection filed on behalf of George and

23  Maribeth Lebus.  The Court finds the objection to be without merit and hereby overrules the

24  objection.

25        6.     The Court finds that the Stipulation and Settlement are fair, just, reasonable, and

26  adequate as to each of the Settling Parties, and that the Stipulation and Settlement are hereby finally

27  approved in all respects, and the Settling Parties are hereby directed to perform its terms.

28

1    7.    Upon the Effective Date hereof, the Lead Plaintiffs and each of the Class Members

2 shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever

3 released, relinquished and discharged all Released Class Claims against VeriSign and the Individual

4 Class Defendants and their Related Parties, including Defendants' insurance carriers, whether or not

5 any such Class Member executes and delivers the Proof of Claim and Release.

6    8.    All Class Members are hereby forever barred and enjoined from prosecuting any of

7 the Released Class Claims against VeriSign and the Individual Class Defendants and their Related

8 Parties, including Defendants' insurance carriers.

9    9.    Upon the Effective Date hereto, each of the Released Persons shall be deemed to

10 have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished

11 and discharged each and all of the Class Members, Derivative Plaintiffs, the Nominal Defendant,

12 counsel to the Lead Plaintiffs, and counsel to the Derivative Plaintiffs from all claims (including

13 Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution,

14 assertion, settlement or resolution of the Litigations or the Released Claims.

15    10.    Upon the Effective Date hereto, the Derivative Plaintiffs and the Nominal Defendant

16 shall be deemed to have, and by operation of the Dismissal shall have, fully, finally, and forever

17 released, relinquished and discharged all Released Derivative Claims against the Individual

18 Derivative Defendants and their Related Parties, including Defendants' insurance carriers.

19    11.    The Notice of Pendency and Proposed Settlement of Class Action ("Notice") given to

20 the Class was the best notice practicable under the circumstances, including the individual notice to

21 all Members of the Class who could be identified through reasonable effort.  Said notice provided

22 the best notice practicable under the circumstances of those proceedings and of the matters set forth

23 therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such

24 notice.  The Notice and the Summary Notice fully satisfied the requirements of Federal Rule of Civil

25 Procedure 23 and the requirements of due process.

26    12.    Any plan of allocation submitted by Lead Counsel or any order entered regarding any

27 attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall

28 be considered separate from this Final Judgment.

1    13.    Neither the Stipulation nor the Settlement contained therein, nor any act performed or

2    document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be

3    deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim,

4    or of any wrongdoing or liability of the Defendants, or (b) is or may be deemed to be or may be used

5    as an admission of, or evidence of, any fault or omission of any of the Defendants in any civil,

6    criminal or administrative proceeding in any court, administrative agency or other tribunal.

7    Defendants may file the Stipulation and/or the Judgment from this action in any other action that

8    may be brought against them in order to support a defense or counterclaim based on principles of *res*

9    *judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory

10   of claim preclusion or issue preclusion or similar defense or counterclaim.

11   14.    Without affecting the finality of this Judgment in any way, this Court hereby retains

12   continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of

13   the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund;

14   (c) hearing and determining applications for attorneys' fees, interest and expenses in the Federal

15   Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the

16   Stipulation.

17   15.    The Court finds that during the course of the Federal Litigation, the Settling Parties

18   and their respective counsel at all times complied with the requirements of Federal Rule of Civil

19   Procedure 11.

20   16.    In the event that the Settlement does not become effective in accordance with the

21   terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement

22   Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall

23

24

25

26

27

28

1    be rendered null and void to the extent provided by and in accordance with the Stipulation and shall

2    be vacated and, in such event, all orders entered and releases delivered in connection herewith shall

3    be null and void to the extent provided by and in accordance with the Stipulation.

4           IT IS SO ORDERED.

5
     DATED: _____          _____
6                  April 23 2007                THE HONORABLE JAMES WARE
                                                UNITED STATES DISTRICT JUDGE
7
     Submitted by:
8
     LERACH COUGHLIN STOIA GELLER
9          RUDMAN & ROBBINS LLP
     PATRICK J. COUGHLIN
10   JEFFREY W. LAWRENCE
     DENNIS J. HERMAN
11   CHRISTOPHER P. SEEFER
     SHIRLEY H. HUANG
12   JENNIE LEE ANDERSON
     100 Pine Street, Suite 2600
13   San Francisco, CA  94111
     Telephone: 415/288-4545
14   415/288-4534 (fax)

15   LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
16   WILLIAM S. LERACH
     JOY ANN BULL
17

18
                  s/ Joy Ann Bull
19   _____
                  JOY ANN BULL

20   655 West Broadway, Suite 1900
     San Diego, CA  92101
21   Telephone:  619/231-1058
     619/231-7423 (fax)
22
     Lead Counsel for Plaintiffs
23
     LAW OFFICES BERNARD M. GROSS, P.C.
24   BERNARD M. GROSS
     DEBORAH R. GROSS
25   Wanamaker Bldg., Suite 450
     100 Penn Square East
26   Philadelphia, PA  19107
     Telephone: 215/561-3600
27   215/561-3000 (fax)

28

     [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL - C-02-2270-JW(PVT)          - 4 -

1

COHEN, MILSTEIN, HAUSFELD
2        & TOLL, P.L.L.C.
STEVEN J. TOLL
3   LISA M. MEZZETTI
JOSHUA S. DEVORE
4   1100 New York Avenue, N.W.
West Tower, Suite 500
5   Washington, DC  20005-3964
Telephone:  202/408-4600
6   202/408-4699 (fax)

7   SCHATZ & NOBEL, P.C.
ANDREW M. SCHATZ
8   JEFFREY S. NOBEL
NANCY A. KULESA
9   One Corporate Center
20 Church Street, Suite 1700
10   Hartford, CT  06103
Telephone:  860/493-6292
11   860/493-6290 (fax)

12   Additional Counsel for Federal Plaintiffs

13   ROBBINS UMEDA & FINK, LLP
MARC M. UMEDA
14   610 West Ash Street, Suite 1800
San Diego, CA  92101
15   Telephone:  619/525-3990
619/525-3991 (fax)
16
Counsel for Derivative Plaintiffs
17
SCHIFFRIN & BARROWAY, LLP
18   ROBERT B. WEISER
280 King of Prussia Road
19   Radnor, PA  19087
Telephone:  610/667-7706
20   610/667-7056 (fax)

21   Additional Counsel for Derivative Plaintiffs

22   S:\Settlement\Verisign.set\FINAL JUDGMENT 00039650.doc

23

24

25

26

27

28

# EXHIBIT 1


---

RECEIVED GDS

FEB 0 1 2007

CLAIMS CENTER

41 OSBORNE AVE

BAY HEAD NJ 08742

JANUARY 28, 2007

GENTLEMEN:

THE UNDERSIGNED WISHES TO BE EXCLUDED HIMSELF FROM THE CLASS IN VERI SIGN INC. SECURITIES LITIGATION, MASTER FILE NO C-02-2270-JW(PVT)

I DO NOT ANY LONGER HAVE RECORD OR PURCHASE AND OR SALE OF VERI SIGN COMMON STOCK

EDMUND J. LAUBUSCH

_(signature)_

**Exhibit 1**



MIAMI FL 331
PM
30 JAN
2007

A1 OSBORNE AV
BAY HEAD NJ 08742

FEB 0 1 2007

CLAIMS CENTER

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA 94975-8055

VRSN1

EXCL00002*

RECEIVED DDS

FEB 0 5 2007

CLAIMS CENTER

1603 Shadybrook Road
Wilmington, DE 19803
January 28, 2007

*VeriSign Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA   94975-8055

Dear Sirs,

    I wish to be excluded from the Class in *In re VeriSign, Inc. Securities Litigation*,
Master File No. C-02-2270-JW(PVT).   My contact information is:

| Norman R Kouba | or | A G Edwards & Sons, Inc |
| 1603 Shadybrook Road | | Norman R. Kouba TTEE |
| Wilmington, DE 19803 | | Norman R. Kouba |
| | | Revocable Trust |
| | | U/A DTD 5-14-93 |
| | | PAS/ROXBURY |
| | | 1603 Shadybrook Road |
| | | Wilmington. DE 19803 |

  My records show that 30 shares VeriSign Inc. were purchased for me on 10/09/2007 @
196 for $5,880.00 and sold on 4/08/2001 @ 32.0705 for $982.47.    An additional 25
shares of VeriSign, Inc. were purchased for me on 10/29/2001 @ 42.0705 for $1,051.76
and sold on 11/02/2001 @ 40.10 for $1,002.46.

Very truly yours,

Norman R Kouba

WILMINGTON DE 197

30 JAN 2007 PM 2 L

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA 94975-8055

Norman Kouba
1603 Shadybrook Rd
Wilmington, DE 19803

94975+8055

EXCL00003*

RECEIVED DDS

FEB 0 6 2007

CLAIMS CENTER

Feb. 1, 2007

VeriSign Securities Litigation
Claims Admin.
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, Ca 94975-8055

To whom it may concern:

Please exclude the following from
in re VeriSign, Inc, Securities Litigation,
Master File No. C-02-2270-JW(PVT).

IRA FBO CLAUDIA J. GITZEN
TRP TRUST CO. CUSTODIAN
P.O. Box 352934
PALM COAST, FL 32135-2934
TEL.

Purchased 100 sh VeriSign, Inc. 06-14-01.
Sold 100 sh " " 06-19-01.

Sincerely,
Claudia J. Gitzen

DAYTONA BEACH
FL 321 2 L
02 FEB 2007 PM

Verisign Securities Litigation
Claims admin.
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA 94975-8055

94975+8055

C. Gitzen
20 Clarendon Ct. N
Palm Coast, FL 32137-8353

RECEIVED DDS

FEB 0 6 2007

___ CENTER

*VRSN1-
EXCL00004*

RECEIVED DDE

FEB 0 9 2007

CLAIMS CENTER

5265 Settlement Dr.
New Albany, OH  43054
4 February 2007

Verisign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P. O. Box 808055
Petaluma, CA 94975-8055

Dear Sirs:

In regard *Verisign, Inc. Securities Litigation,*  I wish to be excluded.. My involvement
was as follows

  Bought 75 shares @ $40.2919.  for $3021.89 on  9/18/01

  Sold  75 shares@ $49.80066 for  $3735.05 on 10/15/01

          Very truly yours,

          J. Herman Enterline



COLUMBUS OH 430

06 FEB 2007 PM 1 T

RECEIVED

FEB - 9 2007

CLAIMS CENTER

*VeriSign Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA 94975-8055

J. H. Enterline
5265 Settlement Dr.
New Albany, OH 43054-9493

VRSN1


William A. Dees, Jr.
P. O. Box 201154
Austin, Texas 78720-1154

RECEIVED DDS

FEB 13 2007

CLAIMS CENTER

January 28, 2007

VeriSign Securities Litigation
Claims Administrator
C/o Gilardi & Co. LLC
P. O. Box 808055
Petaluma, CA 94975-8055

Dear Sir or Madam:

Exclude me from the "In re VeriSign, Inc. Securities Litigation, Master File No. C-02-2270-JW(PVT).

Name: William A. Dees, Jr.

Address: P.O. Box 201154, Austin, Texas 78720-1154

Phone:

Shares acquired between January 25, 2001 and April 22, 2002 =

      100 Shares purchased on February 20, 2001

Shares sold = 0 shares

Sincerely,

William A. Dees, Jr.



AUSTIN TX 787

08 FEB 2007 PM 3 T

RECEIVED DDS

FEB 13 2007

CLAIMS CENTER

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA  94975-8055

DEBES
P O BOX 201154
AUSTIN, TX  78720-1154

VRSN1

*VRSN1-
EXCL00006*

RECEIVED DDS

FEB 13 2007

CLAIMS CENTER

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi + Co. LLC
P.O. Box 808055
Petaluma, CA 94975-8055

February 8, 2007

This serves to notify you that I want to be
excluded from in re VeriSign, Inc. Securities
Litigation, Master File No C-02-2270-JW (PVT).

Ching-Ye Liang Lee
407 Russell Ave. Apt 610
Gaithersburg, MD 20877

Tel:-

No record of number of shares bought or sold
between Jan 25, 2001 and April 25, 2002

Ching-Ye Liang Lee



SUBURBAN MD 208
09 FEB 2007 PM 1 L

Ching-Ye Liang Lee
407 Russell Ave Apt 610
Gaithersburg MD 20877-2856

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA  94975-8055

VRSN1

EXCL00007*

RECEIVED DDS

FEB 1 4 2007

CLAIMS CENTER

February/8/2007

I want to be exclude from In reVerySign,Inc,Securities Ligitation,Master File No.C-02-2270-JW(PVT).

Name:Hiroyuki Miyazaki

Address:255 Matsuzaki Inzai-city,Chiba-pref,JAPAN

Zip-code:270-1344

Tel:

I purchased VerySign common stock as following.

Signature:

CYBERTRADER, INC. HOUSE REP
CYBERTRADER, INC.
115 WILD BASIN
SUITE 100
AUSTIN          TX 78746
US

PAGE  1 OF  1          ACCOUNT NUMBER:          ACCOUNT NAME: HIROYUKI MIYAZAKI

CyberTrader, Inc. is a subsidiary of the Charles Schwab Corporation. CyberTrader is also affiliated with Schwab Capital Markets, LP which may participate as a market maker for securities purchased or sold by you.

THANK YOU... for letting us serve you. As your canceled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Retain this original for your records and tax purposes.
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201

| B/S | TRADE DATE | SETTLE DATE | TRADE NO. | M C A T K T/E P/E CCY INV | SYMBOL | QUANTITY | CUSIP | SECURITY DESCRIPTION | PRICE | COMM | PRINCIPAL | SEC FEES | TAX/INTEREST | OTHER | CCY REG | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 09/07/01 | 09/12/01 | NC6QT N 1 2 | | VRSN | 500.000 | 92343E102 | VERISIGN INC | 37.020000 | 14.95 | -18510.00 | 0.00 | 0.00 | 0.00 | USD | -18524.95 |
| | EXECUTION TIME: 10:08:00 | | | | | | | | | | | | | | | |
| S | 09/07/01 | 09/12/01 | NC6BH N 1 2 | | VRSN | -500.000 | 92343E102 | VERISIGN INC | 36.700000 | 14.95 | 18350.00 | 0.62 | 0.00 | 0.00 | USD | 18334.43 |
| | EXECUTION TIME: 10:12:00 | | | | | | | | | | | | | | | |

SUMMARY FOR CURRENT TRADE DATE: 09/07/01

TOTAL SHARES BOUGHT:      500.00000      TOTAL DOLLARS BOUGHT:    18524.9500
TOTAL SHARES SOLD:       -500.00000      TOTAL DOLLARS SOLD:     -18334.4300

00007     2/2

Place
Stamp
Here

日本郵便
NIPPON
*1200
印 西
INZAI

*19*
09.02.07

RECEIVED

FEB 1

CLAIM

HIROYUKI MIYAZAKI
254 MATSUZAKI INZAI-CITY
CHIBA-PREF, JAPAN

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA  94975-8055

VRSN1

*VRSN1-
EXCL00008*

RECEIVED DDS

FEB 13 2007

CLAIMS CENTER

From: Yonique Portsmouth.
Tel.
4438 Via de Los Cepillos
Bonsall, Ca. 92003

Re: Verisign, Inc. Securities Litigation, Master File No. C-02-2270-JW (PVT ).

In re Verisign, Inc. Securities Litigation, Master File No. C-02-2270-JW (PVT). I hereby request to be excluded from the settlement class.

2/2/2007

Investment transactions
Multiple Investment Accounts

Yonique Portsmouth.

| Date | Investment | Activity | Quantity |
|------|-----------|----------|----------|
| Year Ending 12/31/2001 | | | |
| 10/26/2001 | Verisign | Buy | 500 |
| 10/26/2001 | Verisign | Buy | 500 |
| Year Ending 12/31/2002 | | | |
| 1/3/2002 | Verisign | Sell | 1,000 |
| 3/12/2002 | Verisign | Buy | 1,200 |
| 3/19/2002 | Verisign | Sell | 1,200 |
| 3/26/2002 | Verisign | Buy | 1,000 |
| 4/15/2002 | Verisign | Sell | 1,000 |

SAN DIEGO CA 921

08 FEB 2007 PM 10 L

Ms. Yonique Portsmouth
4438 Via De Los Cepillos
Bonsall, CA 92003

RECEIVED DDS

FEB 1 3 2007

CLAIMS CENTER

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma CA 94975-8055

VRSN1

RECEIVED DDS

FEB 15 2007

CLAIMS CENTER

2280 West 10th Street
Cleveland, OH 44113
February 8, 2007

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
PO Box 808055
Petaluma, CA 94975 – 8055

RE: VeriSign Litigation – Removal from the class

Dear Claims Administrator:

I want to be excluded from IN re VeriSign Inc. Securities  Litigation, Master File No. C–02–2270–JW(PVT) – I bought 500 shares of VeriSign on 2/5/01 and sold them on 10/25/01.

My name is Robert S. Bruch, and I reside at 2280 West 10th Street, Cleveland, OH 44113, telephone number is

I am requesting this because I would not receive any money under the settlement because I sold one day too earlier to benefit from this settlement.  If the Court changes those dates, I would be interested in participating in the settlement.

Thank you for your assistance.

Sincerely,

Robert S. Bruch

BRUCH
2280 WEST 10th Steel
Cleveland, OH 44113

CLEVE OH 441
12 FEB 2007 PM 8 T

VeRiSign Securities Ltgateo
Claim Administrator
c/o Gilaed, & CO, LLC
Po Box 808055
Petaluma, CA 94975-8055

RECEIVED DDS

FEB 15 2007

CLAIMS CENTER

RECEIVED DDS

FEB 0 8 2007

CLAIMS CENTER

ANY OF THE WEST
FIGUEROA STREET
5, CALIFORNIA 90017

February 8, 2007

MARGARET A. JONES
ASSISTANT VICE PRESIDENT

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA 94975-8055

Re: Hi Charitable Rem-MC
Mr. & Mrs. Jon Kayyem
1137 Parkview Avenue
Pasadena, CA 91103

**Jon Kayyem (Hi Charitable Rem-MC) request exclusion from the _In re VeriSign, Inc. Securities Litigation,_ _Master File No. C-02-2270-JW(PVT)_ class action.**

Signed by: _Margaret Jones_
Margaret Jones
_Trust Company of the West as Custodian for Hi Charitable Rem-MC A/C TCNF0033692 (PF#3369)_

List of Transactions:

| TCW Account Number | TCW Account Name | CUSIP | Issuer Description | Trans | Trade Date | Base Unit Price | Shs | Total Dollar Amount | Cust. Bank | Custodian Account Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Buy | 06/13/01 | 56.43 | 900 | -50787.99 | IBT | |
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Buy | 09/10/01 | 39.39 | 300 | -11816.13 | IBT | |
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Sell | 12/13/01 | 42.57 | -100 | 4257.00 | IBT | |
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Sell | 02/13/02 | 25.66 | -100 | 2566.34 | IBT | |
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Sell | 02/14/02 | 26.33 | -150 | 3949.80 | IBT | |
| | HI CHARITABLE REM-MC | 92343E102 | Verisign, Inc. | Sell | 04/24/02 | 18.78 | -500 | 9388.60 | IBT | |

# TRUST COMPANY OF THE WEST

865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017



Jon Kayyem
1137 Parkview Avenue
Pasadena, CA  91103

From :   Trust Company of the West
         865 S. Figueroa St.
         Los Angeles, CA  90017

> **Decision required on your part by 2/8/2007 (the "Opt Out Deadline").
> You will be part of a class unless you instruct us in writing by the
> Opt Out Deadline to opt out on your behalf. Failure to instruct us
> will result in your being bound by a Class Action Settlement and
> preclude your right to bring any direct legal actions.**

Re:   Class Action Notification for Verisign, Inc. (#C-02-2270-JW(PVT))
      Security(s): Verisign, Inc.

TCW recently received notice of the above-referenced class-action lawsuit (the "Class
Action"). Our records show that HI CHARITABLE REM-MC - Account Number:        (the
"Account") owned a security involved in this Class Action during the class period. You will
automatically be a part of the Class Action unless you instruct us in writing by the Opt Out
Deadline to opt out on your behalf. If you desire to opt out, please put a check in the space
marked below and return a signed and dated copy of this page by registered mail, fax, or
nationally recognized delivery service with tracking capability. If we do not receive a copy of
this page by the Opt Out Deadline, then we will assume you wish to remain in the Class
Action, and we will act accordingly with respect to any further notices in connection with the
Class Action (including proofs of claim). Copies of the Class Action Notice and applicable
forms can be found at http://www.tcw.com/TCW/ClassAction.jsp. If you have any questions,
please contact ClassActions@tcw.com.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      ✗   Yes, I hereby elect to opt out of the above-referenced Class Action.

         Signature: _____

         Date: ___2/8/07_____

> Return a copy of this page to: TCW Class Actions Administrator (ATTN:
> Margaret Jones), 865 S. Figueroa Street, Los Angeles, California  90017.
>                    Fax:

Client Contact Copies Sent To:
      Jon Kayyem

                                OO010    2/3

## Jones, Margaret

**From:** McCarthy, Michael P.
**Sent:** Thursday, February 08, 2007 12:52 PM
**To:** Jones, Margaret; Class Action Desk; Stokes, Karen
**Subject:** RE: VeriSign, Inc. #C-02-2270-JW(PVT) - Opt Out Request for

Hi Margaret,

We will take no action with the accounts below.

Thanks,

Mike McCarthy
**Class Actions**

---

**From:** Jones, Margaret
**Sent:** Thursday, February 08, 2007 3:52 PM
**To:** Class Action Desk; Stokes, Karen
**Cc:** Jones, Margaret
**Subject:** VeriSign, Inc. #C-02-2270-JW(PVT) - Opt Out Request for
**Importance:** High

Per the attached requests, please do not file a class action claim on behalf of the following accounts. Please confirm that the following accounts have been excluded from the VeriSign, Inc. #C-02-2270-JW(PVT) class action. The Opt Out Deadline is Monday, February 12, 2007.

**PF #:**
**A/C No:**

| | | |
|---|---|---|
| **Portfolio Name:** | IFIN, LP-MC | HI CHARITABLE REM-MC |
| **Contact Name:** | Jon Kayyem | Jon Kayyem |
| **Address** | 1137 Parkview Avenue | 1137 Parkview Avenue |
| | Pasadena, CA 91103 | Pasadena, CA 91103 |
| **Telephone No.** | | |

I sent VeriSign Securities Litigation a letter requesting that the above accounts be excluded from the Verisign, Inc. (#C-02-2270-JW(PVT)) class action.

Thank you very much for your assistance in this matter.

Sincerely,
-Margaret Jones

---

Margaret Jones  |  AVP  |  Trust Company of the West  |  865 S. Figueroa St.  |  Los Angeles, CA 90017
phone:               | fax:             | email:

00010            3/3

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the

2/8/2007



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

*EL992622700US*

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code
Date In
Time In □ AM □ PM
Weight lbs. ozs.
No Delivery □ Weekend □ Holiday

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)  PHONE (     )
MARGARET JONES
TRUST COMPANY OF THE WEST
865 S FIGUEROA ST FL 21
LOS ANGELES CA 90017-2543

2-8-07

Day of Delivery □ Next □ Second
□ 12 Noon □ 3 PM □ 3rd Day
Military □ 2nd Day

Flat Rate □ Envelope
Postage $
Return Receipt Fee
COD Fee
Int'l Alpha Country Code
Acceptance Clerk Initials
Insurance Fee
Total Postage & Fees $

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-F  June 2002

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt   Time  □ AM □ PM   Employee Signature
Mo.   Day
Delivery Attempt   Time  □ AM □ PM   Employee Signature
Mo.   Day
Delivery Date   Time  □ AM □ PM   Employee Signature
Mo.   Day
□ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish to delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in a secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.
NO DELIVERY □ Weekend □ Holiday   Customer Signature

TO: (PLEASE PRINT)  PHONE (     )
VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA 94975-8055

for 3367 & 3369

www.usps.com

FOR PICKUP OR TRACKING CALL 1-800-222-1811  www.usps.com

PRESS HARD.
You are making 3 copies.

EP13F February 2002

EXCL00011*

██████████████
██████████████
██████████████
██████████████

ANY OF THE WEST

I FIGUEROA STREET
S, CALIFORNIA 90017

RECEIVED DDS

FEB 0 8 2007

CLAIMS CENTER

February 8, 2007

MARGARET A. JONES
ASSISTANT VICE PRESIDENT

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808055
Petaluma, CA  94975-8055

Re: IFIN, LP-MC
Mr. & Mrs. Jon Kayyem
1137 Parkview Avenue
Pasadena, CA  91103

**Jon Kayyem (IFIN, LP) request exclusion from the *In re VeriSign, Inc. Securities Litigation, Master File No. C-02-2270-JW(PVT)* class action.**

Signed by: *Margaret Jones*

Margaret Jones

*Trust Company of the West as Custodian for IFIN, LP-MC  - A/C TCNF0033672 (PF#3367)*

List of Transactions:

| TCW Account Number | TCW Account Name | CUSIP | Issuer Description | Trans. | Trade Date | Base Unit Price | Shs | Total Dollar Amount | Cust. Bank | Custodian Account Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Buy | 08/15/01 | 46.47 | 145 | -6738.15 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Buy | 09/10/01 | 39.39 | 290 | -11422.26 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Buy | 11/30/01 | 37.39 | 745 | -27857.11 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 12/13/01 | 42.57 | -100 | 4257.00 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 12/14/01 | 42.05 | -55 | 2312.75 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 01/18/02 | 34.20 | -75 | 2565.00 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 02/13/02 | 25.66 | -100 | 2566.34 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 02/14/02 | 26.33 | -100 | 2633.20 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 02/14/02 | 26.46 | -100 | 2646.00 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Buy | 03/18/02 | 30.69 | 190 | -5831.10 | IBT | |
| | IFIN, LP-MC | 92343E102 | Verisign, Inc. | Sell | 04/24/02 | 18.78 | -750 | 14082.90 | IBT | |

# TRUST COMPANY OF THE WEST

865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017



Jon Kayyem
1137 Parkview Avenue
Pasadena, CA 91103

From :   Trust Company of the West
         865 S. Figueroa St.
         Los Angeles, CA 90017

> **Decision required on your part by 2/8/2007 (the "Opt Out Deadline").**
> **You will be part of a class unless you instruct us in writing by the**
> **Opt Out Deadline to opt out on your behalf. Failure to instruct us**
> **will result in your being bound by a Class Action Settlement and**
> **preclude your right to bring any direct legal actions.**

Re:    Class Action Notification for Verisign, Inc. (#C-02-2270-JW(PVT))
       Security(s): Verisign, Inc.

TCW recently received notice of the above-referenced class-action lawsuit (the "Class Action"). Our records show that IFIN, LP-MC - Account Number:        (the "Account") owned a security involved in this Class Action during the class period. You will automatically be a part of the Class Action unless you instruct us in writing by the Opt Out Deadline to opt out on your behalf. If you desire to opt out, please put a check in the space marked below and return a signed and dated copy of this page by registered mail, fax, or nationally recognized delivery service with tracking capability. If we do not receive a copy of this page by the Opt Out Deadline, then we will assume you wish to remain in the Class Action, and we will act accordingly with respect to any further notices in connection with the Class Action (including proofs of claim). Copies of the Class Action Notice and applicable forms can be found at http://www.tcw.com/TCW/ClassAction.jsp. If you have any questions, please contact ClassActions@tcw.com.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

____ Yes, I hereby elect to opt out of the above-referenced Class Action.

        Signature: _____

        Date:  2/8/07

> Return a copy of this page to: TCW Class Actions Administrator (ATTN:
> Margaret Jones), 865 S. Figueroa Street, Los Angeles, California 90017.
>              Fax:

Client Contact Copies Sent To:
       Jon Kayyem

00011          2/3

**Jones, Margaret**

**From:** McCarthy, Michael P.
**Sent:** Thursday, February 08, 2007 12:52 PM
**To:** Jones, Margaret; Class Action Desk; Stokes, Karen
**Subject:** RE: VeriSign, Inc. #C-02-2270-JW(PVT) - Opt Out Request for

Hi Margaret,

We will take no action with the accounts below.

Thanks,

Mike McCarthy
**Class Actions**

---

**From:** Jones, Margaret [
**Sent:** Thursday, February 08, 2007 3:52 PM
**To:** Class Action Desk; Stokes, Karen
**Cc:** Jones, Margaret
**Subject:** VeriSign, Inc. #C-02-2270-JW(PVT) - Opt Out Request for
**Importance:** High

Per the attached requests, please <u>do not</u> file a class action claim on behalf of the following accounts.  Please confirm that the following accounts have been excluded from the VeriSign, Inc. #C-02-2270-JW(PVT) class action.  The Opt Out Deadline is <u>Monday, February 12, 2007.</u>

| | | |
|---|---|---|
| **PF #:** | | |
| **A/C No:** | | |
| | | HI CHARITABLE REM-MC |
| **Portfolio Name:** | IFIN, LP-MC | |
| **Contact Name:** | Jon Kayyem | Jon Kayyem |
| **Address** | 1137 Parkview Avenue | 1137 Parkview Avenue |
| | Pasadena, CA  91103 | Pasadena, CA  91103 |
| **Telephone No.** | | |

I sent VeriSign Securities Litigation a letter requesting that the above accounts be excluded from the Verisign, Inc. (#C-02-2270-JW(PVT)) class action.

Thank you very much for your assistance in this matter.

Sincerely,
-Margaret Jones

---

Margaret Jones  |  AVP  |  Trust Company of the West  |  865 S. Figueroa St.  |  Los Angeles, CA  90017
phone:                |  fax:               |  email:

00011          3/3

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the

2/8/2007

CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACK

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-F June 2002

Post Office To Addressee

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code

Day of Delivery
☐ Next   ☐ Second

Flat Rate Envelope ☐

Date In
Mo.   Day   Year

☐ 12 Noon   ☐ 3 PM   ☐ 2nd Day

Postage
$

Time In
☐ AM   ☐ PM

Military   ☐ 2nd Day

Return Receipt Fee

Weight
lbs.   ozs.

Int'l Alpha Country Code

COD Fee   Insurance Fee

No Delivery ☐ Weekend ☐ Holiday

Acceptance Clerk Initials

Total Postage & Fees
$

**CUSTOMER USE ONLY**

METHOD OF PAYMENT

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM: (PLEASE PRINT)**   PHONE

2-8-07

MARGARET JONES
TRUST COMPANY OF THE WEST
865 S FIGUEROA ST FL 21
LOS ANGELES CA 90017-2543

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo.   Day

Time
☐ AM   ☐ PM

Employee Signature

Delivery Attempt
Mo.   Day

Time
☐ AM   ☐ PM

Employee Signature

Delivery Date
Mo.   Day

Time
☐ AM   ☐ PM

Employee Signature

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if
waiver of signature is requested. I (wish delivery) to be made without obtaining signature of
addressee or addressee's agent (if delivery employee judges that article can be left in secure
location) and I authorize that the delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**TO: (PLEASE PRINT)**   PHONE

VeriSign Securities Litigation
Claims Administrator
c/o Gilardi & Co., LLC
P.O. Box 808055
Petaluma, CA  94975-8055

for 3367 & 3369

www.usps.com

PRESS HARD.
You are making 3 copies.

**FOR PICKUP OR TRACKING CALL 1-800-222-1811  WWW.USPS.COM**

EP-13F February 2002

FEB 11 - 2007

RECEIVED DDS

FEB 16 2007

CLAIMS CENTER

I WISH TO BE EXCLUDED FROM IN RE VERISIGN, INC.
SECURITIES LITIGATION, MASTER FILE No. C-02-2270 JW (PVT).
I PURCHASED 100 SHARES OF VERISIGN STOCK ON 2-04-2002.

RAYMOND TATE
1808 HAMPTON DR
HARVEY, LA. 70058

Raymond Tate

NEW ORLEANS LA 701

13 FEB 2007 PM 2 L

*RAYMOND TATE*
*1808 HAMPTON DR.*
*HARVEY LA 70058*

RECEIVED MRM

FEB 16 2007

**CLAIMS CENTER**

*VeriSign Securities Litigation*
*Claims Administrator*
*c/o Gilardi & Co. LLC*
*P.O. Box 808055*
*Petaluma CA 94975-8055*

VRSN1

RECD FEB 2 6 2007

Joseph M. Cafiero and
Veronica W. Cafiero
10 Packsaddle Road West
Rolling Hills, CA 90274

Dear Honorable Judge Ware:

Please be advised that we object to and are choosing to be excluded from the Verisign
Inc., securities litigation for the reasons that follow in this letter.

We are members of the class action because we purchased the stock after January 25th,
2001 and had sold all of the stock by February 28th, 2001. According to the current
settlement terms our claim per share is $0. When we called the attorneys handling this
litigation their representative claimed '…though the price of the stock was illegally
"inflated" when we purchased it, we sold it too soon to be compensated for our loss…' .
Between the end of January 2001 and the end of February 2001 the stock dropped from
approximately $80/per share to $49/per share. Certainly some of the "inflation" had
come out of the price of the stock. Apparently this did not fit into the agenda of the law
firm proposing this settlement.

We were damaged by the 'illegal inflation' of the price of Verisign's stock in late January
2001 and should be compensated for our loss. Counsel for the lead plaintiff's have
obviously set up this claim schedule for their benefit.

Sincerely,

Joseph M. Cafiero          Veronica W. Cafiero

| Shares Purchased | 2000 shares 1/30/01 | Shares sold | 1000 shares 1/30/01 |
| | 1000 shares 2/2/01 | | 1000 shares 2/01/01 |
| | 1000 shares 2/7/01 | | 1000 shares 2/08/01 |
| | | | 1000 shares 2/28/01 |



LOS ANGELES CA 900

23 FEB 2007   PM 5 L

Ms. Joy Ann Bull
Lerach Coughlin Stoia Geller
Rudman Robbins LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101

CAFIERO
10 PACKSADDLE RD. W
ROLLING HILLS, CA
90274

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

I further certify that I caused this document to be forwarded to the following designated

8

Internet site at:  http://securities.lerachlaw.com/.

9

10

   s/ Joy Ann Bull

JOY ANN BULL

11

12

LERACH COUGHLIN STOIA GELLER

      RUDMAN & ROBBINS LLP

13

655 West Broadway, Suite 1900

San Diego, CA  92101-3301

14

Telephone:  619/231-1058

619/231-7423 (fax)

15

16

E-mail:JoyB@lerachlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:02-cv-02270-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Randi D. Bandman**
  randib@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Noah Daniel Boyens**
  nboyens@omm.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Joshua Seth Devore**
  jdevore@cmht.com

- **David Malcolm Furbush**
  dfurbush@omm.com dbrown@omm.com;dshah@omm.com;lnewell@omm.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com

- **Dennis J. Herman**
  dennish@lerachlaw.com e_file_sf@lerachlaw.com

- **Jessica Anne Hoogs**
  jhoogs@omm.com

- **Shirley H. Huang**
  shirleyh@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Meredith N. Landy**
  mlandy@omm.com
  dfurbush@omm.com;dbrown@omm.com;lhabbeshaw@omm.com;dedmondson@omm.com;jbake

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Ioana Petrou**
  ioana.petrou@usdoj.gov tyle.doerr@usdoj.gov

- **Darren J. Robbins**

- **Mark Wayne Robertson**
  mrobertson@omm.com

- **Lori E. Romley**
  lromley@omm.com dbrown@omm.com

- **Adam T. Savett**
  asavett@cmht.com

- **Shana Eve Scarlett**
  shanas@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Andrew M. Schatz**
  firm@snlaw.net

- **Christopher Paul Seefer**
  chriss@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;KiyokoF@lerachlaw.com

- **Dhaivat H. Shah**
  dshah@omm.com rbrown@omm.com

- **Alfred Glenn Yates, Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Amy Freeman
O'Melveny & Myers
400 S. Hope Street
Los Angeles, CA 90071

Bernard M. Gross
Law Offices of Bernard M. Gross, P.C.
Suite 450, John Wanamaker Bldg.
Juniper & Market Streets
100 Penn Square East
Philadelphia, PA 19107

Nancy A. Kulesa

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

**Lisa M. Mezzetti**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
West Tower
Washington, DC 20005

**Simon Bahne Paris**
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

**Steven J. Toll**
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N. W.
West Tower, Suite 500
Washington, DC 20005-3964

**Mark S. Willis**
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 20005

## VeriSign Manual Service List

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
215/496-0300
215/496-6611 (fax)

Arthur L. Shingler III
Scott + Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101
619/233-4565
619/233-0508 (fax)

Objectors

Joseph M. Cafiero
Veronica W. Cafiero
10 Packsaddle Road West
Rolling Hills, CA 90274
310/544-4160

William L. Purdon
11475 Foxhaven Drive
Chesterland, OH 44026
440/729-7295

Lenann T. Engler
Commonwealth of Pennsylvania
Public School Employees' Retirement System
5 North Fifth Street, 5th Floor
Harrisburg, PA 17101
717/720-4687
717/783-8010 (fax)

Joseph J. Indelicato, Jr.
New York State Teachers' Retirement System
10 Corporate Woods Drive
Albany, New York 12211-2395
800/356-3128
518/447-2679 (fax)

Todd Turner
The Turner Firm
1200 Summit Avenue
Suite 800
Fort Worth, Texas 76102
817/878-2700
817/878-2705 (fax)